

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| LYLE PERRY TAGGART,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LIZ RANTZ; STEVE GARRETT; TONY UNDERWOOD; JAMES MacDONALD; AND SAM LAW,<br><br>　　　　　　　Defendants. | No. CV 06-17-GF-SEH<br><br>**ORDER** |

On October 24, 2006, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

Upon *de novo* review of the record, I find no clear error in Judge Ostby's Findings and

---

[1]Docket No. 12.

-1-

Recommendation and adopt them in full.

ORDERED:

1.      Plaintiff's claims for "verbal abuse," grievance procedure or reports of abuse to law enforcement, and request for declaratory relief are DISMISSED WITH PREJUDICE.

2.      Defendants MacDonald and Law are DISMISSED.

DATED this 21st day of November, 2006.

SAM E. HADDON
United States District Judge